599 A.2d 646

**SUN REFINING AND MARKETING COMPANY, INC., Appellant,**

v.

**ROCKWELL INTERNATIONAL CORPORATION, the Garrett Corporation and Sabreliner Corporation.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1991.

Decided Nov. 22, 1991.

J. Grant McCabe, III, Sandra Drimak, Stephen T. Falk, Stanley L. Arabis, John J. Marshall, for appellant.

Frank H. Griffin, III, Sharon M. Erwin, for appellee Rockwell Int. Corp., et al.

Anthony S. Minisi, Patrick Matusky, for appellee Garrett Corp.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Orders 392 Pa.Super. 662, 564 A2d 269 affirmed.